# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

AUSTIN TYLER HALE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-3228

————————————————

April 15, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Frederick Mercurio, Judge.

Austin Tyler Hale, pro se.

PER CURIAM.

Affirmed.

SILBERMAN, VILLANTI, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.